Diane MELCHING, Claimant/Appellant,

v.

SUNLINE BRANDS,
Employer/Respondent,

and

Federal Insurance Company,
Insurer/Respondent,

and

Treasurer of the State of Missouri, as
Custodian of the Second Injury
Fund, Respondent.

No. 70662.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 18, 1997.

Harry J. Nichols, St. Louis, for appellant.

Betsy J. Levitt, Evans & Dixon, St. Louis, for respondents Sunline Brands and Federal Ins. Co.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Woodie J. Curtis, Jr., Asst. Atty. Gen., St. Louis, for Second Injury Fund.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

ORDER

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commis-

sion affirming the award of the Administrative Law Judge. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).